UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., *et al.*, | HON. SUSAN D. WIGENTON, U.S.D.J. |
| *Plaintiffs*, | HON. LEDA D. WETTRE, U.S.M.J. |
| v. | |
| PHILIP D. MURPHY, in his official capacity as Governor of New Jersey, *et al.*, | CIVIL ACTION NO. 20-cv-3269 |
| | **CIVIL ACTION** |
| *Defendants*. | **(ELECTRONICALLY FILED)** |

**NOTICE OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that at the Court's earliest availability, Plaintiffs Association of New Jersey Rifle & Pistol Clubs, Inc., Jeffrey Kayden, and Bob's Little Sport Shop, Inc. (collectively "Plaintiffs") will move the Honorable Susan D. Wigenton, U.S.D.J., at the United States Courthouse, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for an Order granting a temporary restraining order and/or preliminary injunction, pursuant to FED. R. CIV. P. 65 and L. Civ. R. 65.1, enjoining Defendants' enforcement of Executive Order 107 against firearm retailers and Defendants' closure of the NICS background-check portal in New Jersey.

PLEASE TAKE FURTHER NOTICE that, in support of the within motion, Plaintiffs rely upon the accompanying documents:

1) Declaration of Jeffrey Kayden,

2) Declaration of Robert Viden, Jr.,

3) Declaration of Scott Bach,

4) Declaration of Daniel L. Schmutter and accompanying exhibits,

5) Brief in support.

PLEASE TAKE FURTHER NOTICE that Plaintiffs request oral argument.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

Dated: March 26, 2020                                       Respectfully submitted,

David H. Thompson*                          s/Daniel L. Schmutter
Peter A. Patterson*                              Daniel L. Schmutter
COOPER & KIRK, PLLC                       HARTMAN & WINNICKI, P.C.
1523 New Hampshire Avenue, N.W.    74 Passaic Street
Washington, D.C. 20036                       Ridgewood, New Jersey 07450
(202) 220-9600                                      (201) 967-8040
(202) 220-9601 (fax)                              (201) 967-0590 (fax)
dthompson@cooperkirk.com                dschmutter@hartmanwinnicki.com

*Pro hac vice application forthcoming

*Attorneys for Plaintiffs*