# EXHIBIT 3

STATE OF NEW JERSEY
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF NEW JERSEY STATE POLICE
OFFICE OF EMERGENCY MANAGEMENT

ADMINISTRATIVE ORDER

ESSENTIAL RETAIL BUSINESSES
BEACHES AND BOARDWALKS

No. 2020-5

WHEREAS, on March 9, 2020, through Executive Order No. 103, the facts and circumstances of which are adopted by reference herein, the Governor declared both a Public Health Emergency and a State of Emergency throughout the State due to the public health hazard posed by Coronavirus disease 2019 (COVID-19); and

WHEREAS, to further protect the health, safety, and welfare of New Jersey residents by, among other things, reducing the rate of community spread of COVID-19, the Governor issued Executive Order No. 107 (2020) on March 21, 2020, the facts and circumstances of which are also adopted by reference herein, which established enhanced social mitigation strategies for combatting COVID-19; and

WHEREAS, pursuant to Executive Order No. 107, the Governor ordered closed to the public the brick-and-mortar premises of all non-essential retail businesses but also deemed a subset of retail businesses as "essential" and permitted them to remain open during their normal business hours; and

WHEREAS, pursuant to paragraph 6 of Executive Order No. 107, the Governor granted the State Director of Emergency Management, who is the Superintendent of State Police, the discretion to make additions, amendments, clarifications, exceptions, and exclusions to the list of essential retail businesses;

1

NOW, THEREFORE, I, Patrick J. Callahan, State Director of Emergency Management, hereby ORDER as follows:

1. The following businesses are added to the list of essential retail businesses in accordance with paragraph 6 of Executive Order No. 107.

    a. Mobile phone retail and repair shops.

    b. Bicycle shops, but only to provide service and repair.

    c. Livestock feed stores.

    d. Nurseries and garden centers.

    e. Farming equipment stores.

2. The businesses listed above must operate in accordance with paragraphs 6 and 7 of Executive Order No. 107 regarding social distancing and all other applicable provisions of that Order.

3. In accordance with paragraph 3 of Executive Order No. 108 (2020), it is hereby clarified that municipalities shall have the discretion to impose additional restrictions to local beaches and boardwalks in response to COVID-19 beyond the applicable provisions of Executive Order No. 107.

4. This ORDER shall take effect immediately and shall remain in effect for as long as Executive Order No. 107 (2020) remains in effect or until I issue a subsequent amending Administrative Order.

March 24, 2020

_____
Colonel Patrick J. Callahan
State Director of Emergency Management