# EXHIBIT 4




New User    Help    Login

## National Instant Criminal Background Check System (NICS)

New Jersey National Instant Criminal Background Check System is only for use by licensed State of New Jersey Firearm Dealers possessing a Federal Firearms License (FFL) authorized to conduct business with the New Jersey Police NICS Unit.

### Important Message:

On Saturday March 21, 2020, Governor Phil Murphy announced he is putting New Jersey in lockdown to combat the spread of coronavirus. Per Executive Order 107, he is ordering the residents of New Jersey to stay home, directing all non-essential retail businesses closed to the public. At this time, the order includes New Jersey Firearms State Licensed Dealers. The New Jersey State Police NICS Unit is directing the vendor of the NICS Online Application (NICUSA) to turn off the NICS Online Services for submitting NICS transactions by eliminating the "Request Form" button, effective 9:00pm EST, Saturday, March 21, 2020. You will still have the ability to view the message board and the status of previously submitted transactions. This "Request Form" feature will remain off until further order by Governor Murphy.

### Getting Started

Create a login account to access NICS Online Service. You will require a My New Jersey account, your State Firearms License Number (SFL), Federal Firearms License Number (FFL), and either a credit card or bank account if you wish to store payment information.

### Holidays

The New Jersey Police NICS Unit will not be conducting business on the holidays defined by the state.

NJ State Holiday's List →

Create an account →    Login →

---

**New Jersey State Police**
P.O. Box 7068
West Trenton, NJ 08628
609-882-2000

**Support**
Help & FAQs
New Jersey State Police Website
Office of the Attorney General Website

**Policies**
Privacy Policy
Accessibility Policy
Security Policy

