# EXHIBIT 6



☰        **Patch.**        Sign up

Gloucester Township, NJ

| News Feed | Neighbor Posts | Classifieds | Calendar |

Health & Fitness

## Some NJ Cops Positive For Coronavirus, Others Quarantined

The state police union said some New Jersey police officers had tested positive for new coronavirus, and others had been quarantined

By Anthony Bellano, Patch Staff
Mar 21, 2020 1:35 pm ET | Updated Mar 21, 2020 2 01 pm ET

Like 100    Share        Reply



The state police union said some New Jersey police officers had tested positive for new coronavirus, and others had been quarantined. (Image via Shutterstock)

NEW JERSEY — Some police officers in New Jersey are being quarantined after testing positive for new coronavirus, according to the New Jersey State Policeman's Benevolent Association.



Download PDF

Printable PDF (Free)

Download Here
manualslibrary.org

OPEN

"One is back to work already, some are quarantined, and some regretfully and unknowingly passed the virus to family members," the union said in a statement. "Thankfully, all members and their families are stable. Please continue to keep all of them in your thoughts and prayers. Let's all hope for a speedy recovery without any other issues."

Subscribe

They didn't list the towns or number of officers that were exposed to the virus in the statement, but nj.com reports six officers tested positive and 20 others were quarantined. As of Saturday, there were 1,337 total cases in the state, including 16 deaths. Officials expect the number of cases to rise as more testing becomes available. Read more: NJ Coronavirus Updates: Here's What You Need To Know

**New Jersey Coronavirus Updates: Don't miss local and statewide announcements about novel coronavirus precautions. Sign up for Patch alerts and daily newsletters.**



Download PDF

Printable PDF (Free)

Download Here
manualslibrary.org

OPEN

This week, the union began providing ShopRite gift cards to members who are either being quarantined or their family members of members who are hospitalized, according to the union.

"Virtually all Shop Rites deliver, and they are located throughout the state," PBA President Pat Colligan said in the post. "Please contact your delegate immediately if you or another member are quarantine and we will get one to you as soon as possible. If you require assistance shopping or there is not a Shop Rite near you we will make the appropriate arrangements."

A major issue impacting the state is the lack of personal protective equipment, Colligan said.

"In the short term, there is no easy fix," Colligan said. "Every agency in the country is trying to order the exact same items. In the long term, be sure your respective agency is not only ordering those items for the next national emergency but that they monitor the stock for expiration."

The New Jersey Department of Health has partnered with the New Jersey Poison Information and Education System to open and operate a call center (1-800-222-1222) for public use regarding questions, concerns, and other information related to coronavirus spread in New Jersey. More information is also available on the state's coronavirus webpage.

See related: NJ Coronavirus Updates: Here's What You Need To Know

Reply to this article >

**More from Gloucester Township, NJ**

News | 17h



**2 More Cases Of Coronavirus Reported In Gloucester Township**

News | 20h



**Donations Helping Cooper Health In Battle Against Coronavirus**

News | 19h



**How To Jumpstart Your Garden This Spring**

See more on Patch >

## Around the Web

**Annandale Seniors: Get a $250k Life Policy for $15 a Month with This Free New Tool**

Smart Lifestyle Trends

**The Most Successf**

Attorney Portal | Sponsored Ad

**Dr: New Gummy 'Better Than Hemp' for Pain, Anxiety, & Sleep**

Health Alert US

**3 Ways Your Cat Asks for Help**

Dr. Marty