# EXHIBIT 8



**The Fresno Bee** | IMPACT2020

# The Fresno Bee



CORONAVIRUS

## 3 arrested on suspicion of looting Fresno County stores amid coronavirus outbreak

BY YESENIA AMARO

MARCH 23, 2020 06:10 PM





Witnessing a crime and reporting it can be just as frightening as being the victim of a crime. Here's what you should do if you witness illegal activity. BY NICOLE L. CVETNIC

*Note: The Fresno Bee and McClatchy News Sites are offering full coverage of the COVID-19 coronavirus to all, with no payment required. We want to ensure our readers can make critical decisions for themselves and their families. To continue supporting vital reporting like this, please consider a digital subscription. For more coverage, subscribe to our daily coronavirus newsletter.*

Three suspects have been arrested on suspicion of looting a Walgreens and a Save Mart in Kingsburg amid the coronavirus outbreak, police said Monday.

The suspects were identified by Kingsburg police as Ryan Tedesco, Erica Overton, and Brennon Overton, all of Ceres.

They were arrested for two counts of grand theft, two counts of possession of stolen property and two counts of felony drug possession, according to a department news release. The trio also faces four counts of misdemeanor drug violations and "felony looting during a state of emergency."

**TOP ARTICLES**

We may use cookies, beacons (also known as pixels), and other similar technologies (together "cookies") to offer you a better experience, serve you more relevant ads, and analyze usage. By continuing to use this application, you consent to the use of cookies in accordance with our Privacy Policy.

Do Not Sell My Personal Information

ACCEPT COOKIES



Fresno defense attorneys work to get elderly jail inmates released, due to coronavirus

On Friday, Kingsburg police officer Derek Gagnon was on patrol in the Kingsburg commercial business area when Walgreens' employees reported a theft incident at the store. The employees provided details on the three suspects and their vehicle, according to the release.

## Local news has never been more important

Subscribe for unlimited digital access to the news that matters to your community.

#READLOCAL

Officer Gagnon immediately conducted an enforcement stop," the release said. In the vehicle was a considerable amount of retail merchandise valued at over $3,000 including baby formula, diapers, bottled water, cosmetics, and perishable food items."

As police continued their investigation, officers learned the trio was also connected to thefts at Save Mart in Kingsburg before the Walgreens' thefts.

Walgreens' employees told Kingsburg Police that their shipments to small communities have been delayed during the crisis as they are prioritizing deliveries to more populated areas," police said. These shortages pose a significant impact to smaller communities and exacerbates the shortages for Kingsburg residents."

Kingsburg police believe the trio may ave been responsible for other thefts in the North Valley and East Bay.

Anyone with information is asked to contact the Kingsburg Police Department at 559-897-293_ or Valley Crime Stoppers at 559-497-7867.



We may use cookies, beacons (also known as pixels), and other similar technologies (together "cookies") to offer you a better experience, serve you more relevant ads, and analyze usage. By continuing to use this application, you consent to the use of cookies in accordance with our Privacy Policy.

Do Not Sell My Personal Information

ACCEPT COOKIES



UP NEXT: 'The bills can't wait': Asylum seeker fears joblessness during COVID-19

**FOLLOW MORE OF OUR REPORTING ON CORONAVIRUS IN CALIFORNIA**

CORONAVIRUS

Panic attack symptoms? Google searches for health info double as coronavirus rages

MARCH 24, 2020 5:52 PM

CORONAVIRUS

'Ominous times' ahead: 18 coronavirus cases in Fresno County. 200 tests currently available

MARCH 24, 2020 4:10 PM

SEE ALL 10 STORIES →

**RELATED STORIES FROM FRESNO BEE**

CORONAVIRUS

7 new coronavirus cases in Fresno County, 13 total. Tulare, Madera County cases also increase

MARCH 23, 2020 6:26 PM

CORONAVIRUS

Fresno liquor store gets $10k fine for price gouging. Dozens of complaints investigated

MARCH 20, 2020 12:32 PM

CALIFORNIA

Trump to postpone Real ID deadline because of coronavirus, giving relief to California DMV

MARCH 23, 2020 4:25 PM

FRESNO STATE

Former Fresno State football star improving, posts message on coronavirus

MARCH 23, 2020 1:35 PM



YESENIA AMARO

   559 441 6144

Yesenia Amaro covers immigration and diverse communities for The Fresno Bee. She previously worked for the Phnom Penh Post in Cambodia and the Las Vegas Review-Journal in Nevada. She recently received the 2018 Journalistic Integrity award from the CACJ. In 2015, she won the Outstanding Journalist of the Year Award from the Nevada Press Association, and also received the Community Service Award.

COMMENTS ▾



We may use cookies, beacons (also known as pixels), and other similar technologies (together "cookies") to offer you a better experience, serve you more relevant ads, and analyze usage. By continuing to use this application, you consent to the use of cookies in accordance with our Privacy Policy.

Do Not Sell My Personal Information

ACCEPT COOKIES