# EXHIBIT 9

ADVERTISEMENT

☰   The San Diego Union-Tribune   LOG IN  🔍

**LIMITED-TIME OFFER | $1 for 8 weeks**

# Man, woman arrested on suspicion of looting in Chula Vista

The pair was arrested on suspicion of looting given the state of emergency in response to the coronavirus pandemic

By DAVID HERNANDEZ

MARCH 22, 2020
4:39 PM



CHULA VISTA —  A man and woman were arrested Sunday on suspicion of looting after police said they stole items from a Chula Vista city maintenance building at Greg Rogers Park.

Police said a bystander witnessed two people breaking into the building at the Orleander Avenue park, east of Interstate 805, about 7:20 a.m.

As officers pulled up, the burglars ran away, police Lt. Rusty Rea said. They caught up to one man and arrested him. The second suspect was outstanding as of Sunday afternoon.

Police also arrested a woman who the witness said had been with the burglars. She was in a nearby car.

3/25/2020
Man, woman arrested on suspicion of looting in Chula Vista - The San Diego Union-Tribune
Case 2:20-cv-03269-SDW-LDW   Document 8-9   Filed 03/26/20   Page 3 of 3 PageID: 155

The man and woman were arrested on suspicion of possessing a shotgun that was in the car, burglary and — given the state of emergency in place in response to the coronavirus pandemic — looting.

Rea said city crews keep tools including industrial equipment in the maintenance building, as well as personal items in lockers. He did not know what was stolen.

PUBLIC SAFETY    BREAKING    LATEST



### Sign up to get Breaking News email alerts

Get alerts on severe weather, road closures and other major breaking news.

Enter Email Address

**SIGN ME UP**

You may occasionally receive promotional content from the San Diego Union-Tribune.



### David Hernandez