# EXHIBIT 16

# LIQUOR STORE DENSITY BY STATE



| TABLE OF CONTENTS |
|---|

**METHODOLOGY** ..................................................................................................................................**2**

**EXECUTIVE SUMMARY** .....................................................................................................................**3**

**LIQUOR STORE DENSITY COMPARISON** ....................................................................................**4**
   QUOTA STATE LIQUOR RETAIL DATA ........................................................................................4
   NON-QUOTA, NON-CONTROL STATE LIQUOR RETAILER DATA ...............................................5
   COMPARISON OF QUOTA AND NON-QUOTA STATE AVERAGES ...............................................6

1

## METHODOLOGY

The following presents and compares the number and density of liquor stores in quota and non-quota states.

We examined each state's statutory code for information regarding state-mandated quotas to separate states into quota and non-quota, non-control categories.

We reviewed official reports, searchable licensing databases and various other sources available at each state's alcohol regulation board or equivalent entity.

We reviewed information made available in searchable database form by the United States Census.

The report is current through December 10, 2014.

## EXECUTIVE SUMMARY

- In the United States, 18 states impose population-based limits, or quotas, on the number of retail liquor store licenses that may be issued.

- Quotas are designed to limit the number of liquor stores that may operate in a given state, and there exists a concern that repealing or increasing current quotas would result in a proliferation of new liquor stores.

- Fourteen states qualify as control states, retaining state-run monopolies over the retail of hard alcohol at the store level.

- Six control states also impose quotas at the state level.

- Eighteen states are neither control nor quota states.

- In non-quota, non-control states, the retail of hard alcohol may be licensed at the state level, but the state does not exercise a monopoly or limit the number of retailers.

- **On average, non-quota, non-control states contain 50 percent more liquor stores per capita than quota states.**

3

## LIQUOR STORE DENSITY COMPARISON

### QUOTA STATE LIQUOR RETAIL DATA

| State | Population | Quota Per Capita | Stores | Pop Per Store |
|---|---|---|---|---|
| Alaska | 731,449 | 1/3000 | 101 | 7242 |
| Arizona | 6,553,255 | varies locally | 1466 | 4470 |
| Arkansas | 2,949,131 | 1/4000 | 318 | 9274 |
| California | 38,041,430 | 1/2500 | 13806 | 2755 |
| Florida | 19,317,568 | 1/7500 | 1367 | 14131 |
| Indiana | 6,537,334 | 1/3500 | 359 | 18210 |
| Kentucky | 4,380,415 | 1/2300 | 914 | 4793 |
| Massachusetts | 6,646,144 | 1/2000 | 1900 | 3498 |
| Michigan | 9,883,360 | 1/3000 | 1581 | 6251 |
| Montana | 1,005,141 | 1/1500 | 96 | 10470 |
| New Jersey | 8,864,590 | 1/3000 | 2260 | 3922 |
| New Mexico | 2,085,538 | 1/2000 | 95 | 21953 |
| Ohio | 11,544,225 | varies locally | 837 | 13792 |
| Pennsylvania | 12,763,536 | 1/3000 | 600 | 21273 |
| South Dakota | 833,354 | 1/1500 | 75 | 11111 |
| Utah | 2,855,287 | 1/4925 | 144 | 19828 |
| Washington | 6,897,012 | 1/1200 | 1400 | 4926 |
| Wyoming | 576,412 | 1/3000 | 100 | 5764 |
| **Average** | | | | 10204 |

4

## NON-QUOTA, NON-CONTROL STATE LIQUOR RETAILER DATA

| State | Population | Stores | Pop per Store |
|---|---|---|---|
| Colorado | 5,187,582 | 1236 | 4197 |
| Connecticut | 3,590,347 | 1820 | 1973 |
| Delaware | 917,092 | 361 | 2540 |
| Georgia | 9,919,945 | 843 | 11767 |
| Illinois | 12,875,255 | 1326 | 9710 |
| Kansas | 2,885,905 | 755 | 3822 |
| Louisiana | 4,601,893 | Data unavailable | |
| Missouri | 6,021,988 | 4634 | 1300 |
| Nebraska | 1,855,525 | 949 | 1955 |
| Nevada | 2,758,931 | Data unavailable | |
| New York | 19,570,261 | 2700 | 7248 |
| North Dakota | 699,628 | 91 | 7688 |
| Oklahoma | 3,814,820 | 675 | 5652 |
| Rhode Island | 1,050,292 | 216 | 4862 |
| South Carolina | 4,775,000 | 990 | 4823 |
| Tennessee | 6,456,243 | 572 | 11287 |
| Texas | 26,059,203 | 2476 | 10525 |
| Wisconsin | 5,726,398 | 2351 | 2436 |
| Average | | | 5737 |

6

## COMPARISON OF QUOTA AND NON-QUOTA STATE AVERAGES

An analysis of data from state and federal government sources demonstrates that non-quota, non-control states contain approximately 50 percent more liquor stores per capita than quota states. In non-quota states, there is on average one store for every 5,737 people. In quota states, there is on average one store for every 10,204 people.

|  | Average Pop. per Store |
|---|---:|
| **Quota States** | 10,204 |
| **Non-Quota States** | 5,737 |