# EXHIBIT 17

List of New Jersey Federal Firearms Licensees (FFLs)
December 2019

| # | License Name | Lic Type | Premise City |
|---|---|---|---|
| 1 | GUN LOCKER, LLC | 01 | BAYONNE |
| 2 | PINE TAM LLC | 01 | FAIRFIELD |
| 3 | SIMPLE TRADE LLC | 01 | FAIRFIELD |
| 4 | RUSSOTTO, VINCENT PAUL | 01 | FAIRFIELD |
| 5 | JNM SOLUTIONS LLC | 01 | CLIFTON |
| 6 | BOYKO, JOHN JR | 01 | CLIFTON |
| 7 | ASSADOURIAN ARMS, INC | 01 | FAIRVIEW |
| 8 | GARFIELD GUN SALES INC | 01 | GARFIELD |
| 9 | BOLCAR, KEVIN | 01 | GARFIELD |
| 10 | SPECTRE FIREARMS LLC | 01 | GARWOOD |
| 11 | ECONOMY HARDWARE & PLUMBING SUPPLY CO | 01 | HARRISON |
| 12 | RAVEN ROCK LLC | 01 | KEARNY |
| 13 | SAVANNAHARRISON HARDWARE LLC | 01 | LINCOLN PARK |
| 14 | FSS ARMORY INC | 01 | PINEBROOK |
| 15 | GARDEN STATE ARMORY & RELOADING SUPPLY LLC | 01 | WARREN |
| 16 | HERITAGE GUILD OF RARITAN BAY LLC | 01 | RAHWAY |
| 17 | BAR-LO CONSTRUCTION CO INC | 01 | RAHWAY |
| 18 | JJ & DK SPORTS SHOP INC | 01 | RAHWAY |
| 19 | LAHULLIER, CRAIG JOHN | 01 | EAST RUTHERFORD |
| 20 | DICK'S SPORTING GOODS, INC. | 01 | SOUTH PLAINFIELD |
| 21 | G COTTER ENTERPRISES INC | 01 | SPRINGFIELD |
| 22 | RTSP UNION, LLC | 01 | UNION |
| 23 | DICK'S SPORTING GOODS, INC. | 01 | UNION |
| 24 | TIER 1 DEFENSE LLC | 01 | UNION |
| 25 | SPARTAN FIREARMS INC | 01 | UNION |
| 26 | DECECCO, LUIGI | 01 | SECAUCUS |
| 27 | LONG SHOT PISTOL AND RIFLE LLC | 01 | SECAUCUS |
| 28 | DICK'S SPORTING GOODS | 01 | WOODBRIDGE |
| 29 | BULLSEYE TACTICAL SUPPLY INC | 01 | WOODBRIDGE |
| 30 | BULLET HOLE INC | 01 | BELLEVILLE |
| 31 | ARMAMENT GUNSMITHING CO INC | 01 | HILLSIDE |
| 32 | INTAPOL INDUSTRIES, INC | 01 | JERSEY CITY |
| 33 | URBAN TACTICAL LLC | 01 | JERSEY CITY |
| 34 | CASOS GUN-A-RAMA INC | 01 | JERSEY CITY |
| 35 | SCHARFF, WILLIAM JAMES | 01 | ALLENDALE |
| 36 | PCDC ENTERPRISES LLC | 01 | BLOOMINGDALE |
| 37 | COMAN, RONALD WILLIAM | 01 | HEWITT |
| 38 | HIGHLAND BARGAIN HUNTING LLC | 01 | HIGHLAND LAKES |
| 39 | WOODLAND PARK RANGE II LLC | 01 | WOODLAND PARK |
| 40 | OTTOMANELLI'S SPORTING ARMS LLC | 01 | WOODLAND PARK |
| 41 | THE YANKEE ARMORER INC | 01 | MAHWAH |
| 42 | MICRON MACHINE IND INC | 01 | NEWFOUNDLAND |
| 43 | OAK RIDGE FIREARMS LLC | 01 | OAK RIDGE |
| 44 | BRYAN'S GUNS LLC | 01 | OAK RIDGE |
| 45 | SHUFLAT, MICHAEL | 01 | OGDENSBURG |
| 46 | LIBERTY SALES & TRANSFER LLC | 01 | RAMSEY |

List of New Jersey Federal Firearms Licensees (FFLs)

December 2019

| # | Name | Type | City |
|---|---|---|---|
| 47 | RAMSEY OUTDOOR STORE INC | 01 | RAMSEY |
| 48 | TARGET SPORTS INC | 01 | RINGWOOD |
| 49 | TADRICK, JOSEPH W | 01 | SUSSEX |
| 50 | HIGHLAND CREEK OUTFITTERS LLC | 01 | WANTAGE |
| 51 | LETTING THE LEAD FLY LLC | 01 | WANTAGE |
| 52 | TRI STATE FIREARMS EXCHANGE LLC | 01 | VERNON |
| 53 | KENAMAR LLC | 01 | WANAQUE |
| 54 | RELOADERZ NJ, LLC | 01 | WAYNE |
| 55 | PLOTZKER, KENNETH | 01 | WAYNE |
| 56 | DYNAMIC COMBAT SOLUTIONS LLC | 01 | WAYNE |
| 57 | DICK'S SPORTING GOODS, INC. | 01 | WAYNE |
| 58 | LEVINE, GORDON R | 01 | WAYNE |
| 59 | WRIGHT TO BEAR ARMS LLC | 01 | WEST MILFORD |
| 60 | SCIUTO, STEVEN | 01 | WEST MILFORD |
| 61 | AYERS, RAYMOND H | 01 | WEST MILFORD |
| 62 | POLICE PRODUCTS CORPORATION | 01 | WYCKOFF |
| 63 | G & S HUNTERS LLC | 01 | PATERSON |
| 64 | MUNAFO, FRANK A | 01 | PATERSON |
| 65 | US ELITE LLC | 01 | HAWTHORNE |
| 66 | PASSAIC COUNTY TARGET SPORTS LLC | 01 | HALEDON |
| 67 | CRETEAU, JAMES | 01 | HALEDON |
| 68 | SOMES UNIFORMS INC | 01 | HACKENSACK |
| 69 | ICONIC ARMS CORP | 01 | ENGLEWOOD CLIFFS |
| 70 | GARDEN STATE GUNS LLC | 01 | HARRINGTON PARK |
| 71 | LUCIANOS SPORT SHOP INC | 01 | LODI |
| 72 | UNITY ARMS LLC | 01 | NORTHVALE |
| 73 | DICK'S SPORTING GOODS, INC. | 01 | PARAMUS |
| 74 | PATRIOT ARMS LLC | 01 | PARK RIDGE |
| 75 | GRANITO GREENHOUSES INC | 01 | RIDGEFIELD |
| 76 | LANIGAN ASSOCIATES INC | 01 | TINTON FALLS |
| 77 | CHARLIE'S SPORTING GOODS LLC | 01 | ALLENHURST |
| 78 | SCULL, ARTURO | 01 | ATLANTIC HIGHLANDS |
| 79 | COMAN, ROBERT STEVENS | 01 | WALL |
| 80 | GRIGOLETTO, RONALD M | 01 | WALL |
| 81 | HOGAN, RICHARD WILLIAM | 01 | MANALAPAN |
| 82 | SECURE FIREARMS LLC | 01 | MANALAPAN |
| 83 | PETRAZZOLO, DANIEL CHARLES | 01 | MANALAPAN |
| 84 | MONMOUTH ARMS LLC | 01 | ENGLISHTOWN |
| 85 | SALOMON, EUGENE H | 01 | FARMINGDALE |
| 86 | DICK'S SPORTING GOODS | 01 | FREEHOLD |
| 87 | CASTRONOVA, DOMINIC A | 01 | FREEHOLD |
| 88 | HOWELL GUN WORKS LLC | 01 | HOWELL |
| 89 | ARESS INC | 01 | HOWELL |
| 90 | SCHNEIDER MACHINE CO LLC | 01 | NEPTUNE |
| 91 | VAWLT LLC | 01 | OCEAN GROVE |
| 92 | DICKS SPORTING GOODS INC | 01 | WEST LONG BRANCH |
| 93 | GRIFFIN & HOWE INC | 01 | ANDOVER |

List of New Jersey Federal Firearms Licensees (FFLs)
December 2019

| # | Name | Type | City |
|---|---|---|---|
| 94 | GENERAL GUNSMITHING LLC | 01 | ANDOVER |
| 95 | ANDOVER HUNT AND FISH LLC | 01 | ANDOVER |
| 96 | SKYLANDS SPORT, INC | 01 | AUGUSTA |
| 97 | KNOT JUST FLIES LLC | 01 | BLAIRSTOWN |
| 98 | BEERS, DEAN G & BEERS, CAROL ANN | 01 | SANDYSTON |
| 99 | B AND H OUTDOOR SPORTING SUPPLIES LLC | 01 | SANDYSTON |
| 100 | JOCKEY HOLLOW SPORTING LLC | 01 | CALIFON |
| 101 | SIDE BY SIDE FIREARMS INC | 01 | DENVILLE |
| 102 | PEQUEST SPORTING GOODS LLC | 01 | GREAT MEADOWS |
| 103 | COBRA ONE TACTICAL LLC | 01 | GREAT MEADOWS |
| 104 | HACKETTSTOWN FIREARM STORAGE LLC | 01 | HACKETTSTOWN |
| 105 | SHOOTERS CORNER INC, THE | 01 | LAKE HOPATCONG |
| 106 | SUZANSKY, JAMES W | 01 | LONG VALLEY |
| 107 | CAYUSE CORP LLC | 01 | NETCONG |
| 108 | L & M CUSTOM CYCLES LLC | 01 | NEWTON |
| 109 | ULLMANN, KURT CHARLES | 01 | NEWTON |
| 110 | SIMON PETER FISHING TACKLE & SPORT CO INC | 01 | NEWTON |
| 111 | JONES, BRUCE R | 01 | NEWTON |
| 112 | VUONO, FRANK | 01 | ROCKAWAY |
| 113 | DICK'S SPORTING GOODS, INC. | 01 | ROCKAWAY |
| 114 | JONES, WILLIAM HOWARD | 01 | ROCKAWAY TWP |
| 115 | RTSP LLC | 01 | RANDOLPH |
| 116 | PRZYBYSZEWSKI, LEON JR & LEON III | 01 | STANHOPE |
| 117 | RAMSEY OUTDOOR STORE INC | 01 | SUCCASUNNA |
| 118 | GUN TOWN USA LLC | 01 | WASHINGTON |
| 119 | PANELCRAFT INC | 01 | WHARTON |
| 120 | COBB, IRA STEPHEN | 01 | BEDMINSTER |
| 121 | BEAR FIREARMS INC | 01 | CHESTER |
| 122 | COUNTY LINE FIREARMS LLC | 01 | EAST HANOVER |
| 123 | DEROGATIS, SCOTT | 01 | EAST HANOVER |
| 124 | JETAGENT, LLC | 01 | MENDHAM |
| 125 | BAKER, DAVID C | 01 | MORRISTOWN |
| 126 | INTERTEK LABORATORIES INC | 01 | STIRLING |
| 127 | FIREARMS SUPPORT & STORAGE LLC | 01 | WHIPPANY |
| 128 | EMERGENCY SERVICES QUARTERMASTER INC | 01 | CHERRY HILL |
| 129 | ATCO SPORTS LLC | 01 | ATCO |
| 130 | POWER, WILLIAM K JR | 01 | BEACH HAVEN |
| 131 | SOMMERS, THOMAS JOSEPH | 01 | BERLIN |
| 132 | WINTERS, JOSEPH B & JORDAN, KATHLEEN L | 01 | BERLIN |
| 133 | DICK'S SPORTING GOODS, INC. | 01 | BURLINGTON TOWNSHIP |
| 134 | GAUL, JOHN FREDERICK | 01 | BURLINGTON |
| 135 | BUSH, ANTHONY S | 01 | CHATSWORTH |
| 136 | ABIUSO, JOSEPH | 01 | CLEMENTON |
| 137 | MUNYAN, RONALD A | 01 | GIBBSTOWN |
| 138 | BOBS LITTLE SPORT SHOP INC | 01 | GLASSBORO |
| 139 | SWEETWATER CUSTOM COATINGS LLC | 01 | HAMMONTON |
| 140 | BAD BOY GUNS AND GEAR LLC | 01 | FOLSOM |

List of New Jersey Federal Firearms Licensees (FFLs)
December 2019

| # | Name | Type | City |
|---|---|---|---|
| 141 | AMERICAN ARMS LLC | 01 | HAMMONTON |
| 142 | RIVERA, SCOTT V | 01 | HAMMONTON |
| 143 | JJ FIREARMS LLC | 01 | HAMMONTON |
| 144 | WHITTAKER, JAMES CHARLES JR | 01 | FOLSOM |
| 145 | FLYER 30 ENTERPRISES LLC | 01 | JOBSTOWN |
| 146 | TACTICAL TRAINING SERVICES LLC | 01 | JOBSTOWN |
| 147 | TROUT'S GUNSHOP LLC | 01 | JULIUSTOWN |
| 148 | GARDEN STATE SPORTS CENTER LLC | 01 | VOORHEES |
| 149 | J AND T GUN WORKS LLC | 01 | LUMBERTON |
| 150 | DICK'S SPORTING GOODS, INC. | 01 | MANAHAWKIN |
| 151 | P & K FIREARMS & AMMO INC | 01 | MANAHAWKIN |
| 152 | COPELAND, CHARLES W JR | 01 | MANTUA |
| 153 | DICK'S SPORTING GOODS, INC. | 01 | MOUNT LAUREL |
| 154 | THE WAY IT WAS SPORTING SERVICES INC | 01 | MOORESTOWN |
| 155 | JERSEY ORDNANCE, INC | 01 | MT HOLLY |
| 156 | CARLIN, CHARLES F III | 01 | MULLICA HILL |
| 157 | ESQUIRE ESTATE FIREARMS & COLLECTIBLES LLC | 01 | MULLICA HILL |
| 158 | PRECISION FIREARMS & AMMUNITION LLC | 01 | MULLICA HILL |
| 159 | CABLE, MICHAEL A SR | 01 | PEDRICKTOWN |
| 160 | COUNTY SPORTS LLC | 01 | CARNEYS POINT |
| 161 | SALEM BOAT EXCHANGE LLC | 01 | PENNSVILLE |
| 162 | HOAGLAND, RICHARD S | 01 | RICHWOOD |
| 163 | LEGACY INDOOR RANGE AND ARMORY LLC | 01 | CINNAMINSON |
| 164 | OBUCHOWSKI, JOHN GEORGE | 01 | CINNAMINSON |
| 165 | FOGG, JAMES E | 01 | SALEM |
| 166 | BODNAR, ALBERT F JR | 01 | SEWELL |
| 167 | SCAVET TECHNOLOGIES LLC | 01 | SEWELL |
| 168 | FREEDOM AMMO LLC | 01 | WEST DEPTFORD |
| 169 | MORRIS, THOMAS J III | 01 | THOROFARE |
| 170 | MORRIS, THOMAS J JR | 01 | THOROFARE |
| 171 | TIPS SPORTING CENTER LLC | 01 | LITTLE EGG HARBOR TWP |
| 172 | PAGE, JEFFREY CHARLES | 01 | LITTLE EGG HARBOR |
| 173 | PISTOL PETE'S GUN SHOP INC | 01 | SHAMONG |
| 174 | DIVISION SECURITY CONSULTANTS LLC | 01 | SOUTHAMPTON |
| 175 | GEORGE J PETRONIS ENTERPRISES INC | 01 | VINCENTOWN |
| 176 | IANNACO, KENNETH | 01 | WATERFORD |
| 177 | RUPLE, FRANKLIN J | 01 | WENONAH |
| 178 | TACTICAL PUBLIC SAFETY LLC | 01 | WEST BERLIN |
| 179 | AYRES, RONALD BRIAN | 01 | DEPTFORD |
| 180 | THE ARSENAL GUNSHOP LLC | 01 | DEPTFORD |
| 181 | DICK'S SPORTING GOODS, INC | 01 | DEPTFORD |
| 182 | CATALANO, JOHN PATRICK | 01 | WOODSTOWN |
| 183 | TACTICAL SHOOTING CONCEPT LLC | 01 | WESTMONT |
| 184 | ARMS SERVICES LLC | 01 | HADDON TOWNSHIP |
| 185 | RANGE 129 LLC | 01 | ABSECON |
| 186 | SEA GEAR INDUSTRIAL SUPPLY LLC | 01 | CAPE MAY |
| 187 | LANDS N GROOVES LLC | 01 | CAPE MAY COURT HOUSE |

List of New Jersey Federal Firearms Licensees (FFLs)
December 2019

| # | Name | Type | City |
|---|---|---|---|
| 188 | POOLERCO LLC | 01 | CAPE MAY COURT HOUSE |
| 189 | OUTPOST SUPPLY LLC | 01 | EGG HARBOR CITY |
| 190 | MURPHS MUNITIONS LLC | 01 | EGG HARBOR CITY |
| 191 | GOVE, RONALD C | 01 | NORTHFIELD |
| 192 | FULL METAL JACKET GUN RANGE LLC | 01 | SEAVILLE |
| 193 | BEACHCOMBER COINS INC | 01 | EGG HARBOR TOWNSHIP |
| 194 | UNITED UNIFORMS LLC | 01 | RIO GRANDE |
| 195 | CATERINI, FRANK J | 01 | RIO GRANDE |
| 196 | GORILLA GUNZ LLC | 01 | SOMERS POINT |
| 197 | EASY AMMO INC | 01 | WILDWOOD |
| 198 | LUNSFORD, JOHN T SR | 01 | WOODBINE |
| 199 | DANIELS, DAVID WAYNE | 01 | PETERSBURG |
| 200 | BELLEPLAIN SUPPLY CO INC | 01 | BELLEPLAIN |
| 201 | THE BLUELINE GUN SHOP LLC | 01 | BRIDGETON |
| 202 | PATRIOT FIREARMS & EQUIPMENT LLC | 01 | BRIDGETON |
| 203 | COSSABOOM, JERE L | 01 | BRIDGETON |
| 204 | DC SPORTSMAN LLC | 01 | BUENA |
| 205 | TWICE BORN PROPERTIES LLC | 01 | CLAYTON |
| 206 | HAGUES LLC | 01 | PITTSGROVE |
| 207 | BUSHWHACKER'S LLC | 01 | ESTELL MANOR |
| 208 | PAULS GUN REPAIR LLC | 01 | FRANKLINVILLE |
| 209 | BILOTTA, ROBERT AMEDEO | 01 | FRANKLINVILLE |
| 210 | ADAMS, DOUGLAS E | 01 | LANDISVILLE |
| 211 | J S FIREARMS LLC | 01 | LEESBURG |
| 212 | EMMELL, EARL L | 01 | MAYS LANDING |
| 213 | SEAN HOOVER LLC | 01 | MAYS LANDING |
| 214 | BUCK TAILS OUTFITTERS LLC | 01 | MAYS LANDING |
| 215 | DICK'S SPORTING GOODS, INC. | 01 | MAYS LANDING |
| 216 | HAUGHEY, GEORGE J III | 01 | MAYS LANDING |
| 217 | JACKSON, MICHELE L | 01 | MAYS LANDING |
| 218 | SMITH & JACKSON MILITARY ANTIQUES & FIREARMS LI | 01 | MILLVILLE |
| 219 | FRANZWA TRAILER SALES INC | 01 | MILLVILLE |
| 220 | TORELLI, JOHN | 01 | MILLVILLE |
| 221 | AMICI, JOSEPH M | 01 | MIZPAH |
| 222 | PROXY FIREARM TRANSFERS LLC | 01 | MONROEVILLE |
| 223 | KURT IVES PRECISION LLC | 01 | NEWFIELD |
| 224 | BIG DADDYS SPORTS HAVEN INC | 01 | ROSENHAYN |
| 225 | CORSIGLIA, ANTHONY T | 01 | VINELAND |
| 226 | DICKS SPORTING GOODS INC | 01 | VINELAND |
| 227 | SACCO, VINCENT JR & SACCO, JUDITH E | 01 | VINELAND |
| 228 | JERSEY DEVIL FIREARMS LLC | 01 | ATLANTIC CITY |
| 229 | BASS PRO OUTDOOR WORLD LLC | 01 | ATLANTIC CITY |
| 230 | LADY LIBERTY GUNSMITHING LLC | 01 | ATLANTIC CITY |
| 231 | GUN SERVICING LLC | 01 | BORDENTOWN |
| 232 | CHEYENNE MOUNTAIN OUTFITTERS LLC | 01 | BORDENTOWN |
| 233 | A & S ASSOCIATES INC | 01 | BORDENTOWN |
| 234 | TWINING TREE LLC | 01 | MILLSTONE TOWNSHIP |

List of New Jersey Federal Firearms Licensees (FFLs)
December 2019

| # | Name | Type | City |
|---|---|---|---|
| 235 | KAU, CHRISTOPHER G | 01 | CLARKSBURG |
| 236 | ASCIONE, GEORGE | 01 | CREAM RIDGE |
| 237 | SUNRISE ANTIQUES & AUCTIONEERS LLC | 01 | CHESTERFIELD |
| 238 | SCHWARTZKOPF, ROBERT | 01 | FLORENCE |
| 239 | DEFENSIVE SECURITY LLC | 01 | E WINDSOR |
| 240 | PINELAND SPORTING GOOD STORE LLC | 01 | JACKSON |
| 241 | BOAN, ROBERT WAYNE | 01 | LAMBERTVILLE |
| 242 | WRIGHT, JOSEPH R | 01 | LAMBERTVILLE |
| 243 | SHEEPDOG ARMS LLC | 01 | NEW EGYPT |
| 244 | VANDERBECK, FRANK L | 01 | MILLSTONE TWP |
| 245 | FIRST CLASS ENDEAVORS LLC | 01 | MILLSTONE TWP |
| 246 | CLAY TARGET SPORT INC | 01 | PRINCETON |
| 247 | SKIPS OUTDOORS LLC | 01 | STOCKTON |
| 248 | HEADQUARTERS ENTERPRIZES LLC | 01 | STOCKTON |
| 249 | BOGART, DARRYL | 01 | YARDVILLE |
| 250 | CAL III ENTERPRISES LLC | 01 | EWING |
| 251 | KULAK, RICHARD II | 01 | LAWRENCEVILLE |
| 252 | STOUT, HERBERT LEROY | 01 | TRENTON |
| 253 | FAIRBANKS, MARSHALL JR & PATRICIA | 01 | LAKEWOOD |
| 254 | CEDAR BRIDGE SHOOTING CENTER LLC | 01 | LAKEWOOD |
| 255 | SHORE SHOT PISTOL RANGE INC | 01 | LAKEWOOD |
| 256 | BIANCHI, THEODORE A JR | 01 | ALLENWOOD |
| 257 | LAND AND SEA SPORTS, LLC | 01 | BAYVILLE |
| 258 | TRINITY CONSULTING NJ LLC | 01 | BAYVILLE |
| 259 | MASTAPETER, ANTHONY P | 01 | BAYVILLE |
| 260 | MOREY, GERARD J SR | 01 | BAYVILLE |
| 261 | ABELLO, ANTHONY JR, RUTKOWSKI, RICHARD JOHN | 01 | BEACHWOOD |
| 262 | FREEDOM FIREARMS UNLIMITED LLC | 01 | BEACHWOOD |
| 263 | LIBERTY ARMS LLC | 01 | BRICK |
| 264 | MANN, ALVIN | 01 | BRICK |
| 265 | MANN OF ARMS GUNSMITHING LLC | 01 | BRICK |
| 266 | DICK'S SPORTING GOODS, INC. | 01 | BRICK |
| 267 | VICARI'S GUN SALES LLC | 01 | BRICK |
| 268 | INGEN JOE'S FIREARMS LLC | 01 | BRICK |
| 269 | DINKLAGE, STEPHEN D | 01 | BRICK |
| 270 | TURBO ACQUISITIONS LLC | 01 | BRICK |
| 271 | FANIZZO, MICHAEL J DC | 01 | BRICK |
| 272 | SECUR-ALL FIREARMS LLC | 01 | BRICK |
| 273 | DOMINGUEZ, RICHARD | 01 | BRICKTOWN |
| 274 | JERSEY SPORTSMAN LLC | 01 | FORKED RIVER |
| 275 | GYGER, DIANA | 01 | FORKED RIVER |
| 276 | CAPOZZI, DAVID J | 01 | LAKEHURST |
| 277 | HAYES, EDWARD C | 01 | LANOKA HARBOR |
| 278 | TEAHAN, JOHN J | 01 | LANOKA HARBOR |
| 279 | LEETE, ROBERT A JR | 01 | MANASQUAN |
| 280 | KARSTENSEN, ERIC JAMES SR | 01 | PINE BEACH |
| 281 | RUFFINI FIREARMS LLC | 01 | POINT PLEASANT |

List of New Jersey Federal Firearms Licensees (FFLs)
December 2019

| # | Name | Type | City |
|---|---|---|---|
| 282 | GYNN, ROBERT F | 01 | POINT PLEASANT |
| 283 | GUNS & ROSES LLC | 01 | TOMS RIVER |
| 284 | WYANT, DANIEL JR | 01 | CLINTON |
| 285 | MIDDLEBROOK FIREARMS LLC | 01 | GREEN BROOK |
| 286 | DICK'S SPORTING GOODS, INC. | 01 | EAST BRUNSWICK |
| 287 | WORLD CLASS STEEL LLC | 01 | EDISON |
| 288 | TACTICAL TRAINING CENTER LLC | 01 | FLEMINGTON |
| 289 | ROTHMAN, HOWARD V | 01 | KENDALL PARK |
| 290 | MANNING, BRYAN TODD | 01 | GLEN GARDNER |
| 291 | FLYNN, JAMES C | 01 | GLEN GARDNER |
| 292 | BILICKI, WALTER J JR | 01 | GLEN GARDNER |
| 293 | WOODBRIDGE ARMS COMPANY LLC | 01 | ISELIN |
| 294 | ROC TRAINING LLC | 01 | MONROE TOWNSHIP |
| 295 | RACING RAILS LLC | 01 | MONROE |
| 296 | UNION HILL GUN CLUB LLC | 01 | MONROE TWP |
| 297 | ZELASKO, GEORGE JR | 01 | JAMESBURG |
| 298 | THE K STREET GROUP, LLC | 01 | LEBANON |
| 299 | DENICOLA, RICHARD JAMES | 01 | LEBANON |
| 300 | HUNTERDON FINE ARMS LLC | 01 | LEBANON |
| 301 | PAPAZIAN, ARAM R | 01 | LEBANON |
| 302 | CHEYENNE GUNSMITH AND FIREARMS LLC | 01 | MANVILLE |
| 303 | LAGRUA, DENNIS ANTHONY | 01 | HILLSBOROUGH |
| 304 | GIARRETTA, JOHN R | 01 | MIDDLESEX |
| 305 | DESAPIO, SANDRA | 01 | MILFORD |
| 306 | PELLECCHIA, PELLEGRINO J | 01 | MILFORD |
| 307 | TECH OPS INTERNATIONAL CORPORATION | 01 | PHILLIPSBURG |
| 308 | JIMS SPORT CENTER INC | 01 | PHILLIPSBURG |
| 309 | RICHARDS, JAY C | 01 | PHILLIPSBURG |
| 310 | B AND C SPORTING LLC | 01 | PITTSTOWN |
| 311 | LOU'S GUN SHOP INC | 01 | RARITAN |
| 312 | KOSMO, JOSEPH F | 01 | SAYREVILLE |
| 313 | DARK ARMS ENTERPRISES LLC | 01 | SOMERSET |
| 314 | ATLANTIC TACTICAL INC | 01 | SOMERSET |
| 315 | HERITAGE GUILD OF BRANCHBURG LLC | 01 | BRANCHBURG |
| 316 | ULTIMATE TRAINING MUNITIONS INC | 01 | NORTH BRANCH |
| 317 | SAVAGE CERAKOTE LLC | 01 | SPOTSWOOD |
| 318 | CLINTON, CHARLES HENRY | 01 | N BRUNSWICK |
| 319 | CENTURY 20 LLC | 01 | HIGHLAND PARK |
| 320 | IBEJIHEADS CORP | 06 | BELLEVILLE |
| 321 | LEVINE, GORDON R | 06 | WAYNE |
| 322 | MUNAFO, FRANK A | 06 | PATERSON |
| 323 | LIGHTFIELD LLR CORPORATION | 06 | FREEHOLD |
| 324 | LIGHTFIELD AMMUNITION CORPORATION | 06 | FREEHOLD |
| 325 | JONES, WILLIAM HOWARD | 06 | ROCKAWAY TOWNSHIP |
| 326 | BLANK AMMUNITION LLC | 06 | BURLINGTON |
| 327 | HAWK INC | 06 | CARNEYS POINT |
| 328 | UNITED UNIFORMS LLC | 06 | RIO GRANDE |

List of New Jersey Federal Firearms Licensees (FFLs)
December 2019

| # | Name | Type | City |
|---|------|------|------|
| 329 | GUN SERVICING LLC | 06 | BORDENTOWN |
| 330 | SCHWARTZKOPF, ROBERT | 06 | FLORENCE |
| 331 | SURFACE TECHNOLOGY INC | 06 | EWING |
| 332 | HENRY RAC HOLDING CORP | 07 | BAYONNE |
| 333 | MASTODON AMMO & CAMO LLC | 07 | HIGHLAND LAKES |
| 334 | FIMS MANUFACTURING CORP | 07 | OAKLAND |
| 335 | WONSALA, STANLEY W; RICHARD S; MICHAEL J | 07 | FARMINGDALE |
| 336 | HOWELL GUN WORKS LLC | 07 | HOWELL |
| 337 | GSD COATINGS LLC | 07 | KEYPORT |
| 338 | GRIFFIN & HOWE INC | 07 | ANDOVER |
| 339 | COBRA ONE TACTICAL, LLC | 07 | GREAT MEADOWS |
| 340 | FABER PRECISION INC | 07 | ROCKAWAY |
| 341 | RTSP LLC | 07 | RANDOLPH |
| 342 | GUN TOWN USA LLC | 07 | WASHINGTON |
| 343 | PANELCRAFT INC | 07 | WHARTON |
| 344 | INTERTEK LABORATORIES INC | 07 | STIRLING |
| 345 | ESQUIRE ESTATE FIREARMS & COLLECTIBLES LLC | 07 | MULLICA HILL |
| 346 | HILL, ANDREW | 07 | SALEM |
| 347 | ROUND SIX GUNSMITHING LLC | 07 | EGG HARBOR CITY |
| 348 | UNITED UNIFORMS LLC | 07 | RIO GRANDE |
| 349 | LUNSFORD, JOHN T SR | 07 | WOODBINE |
| 350 | WHEATON, FRANK H III | 07 | MAURICETOWN |
| 351 | JAKTOOL LLC | 07 | CRANBURY |
| 352 | SURFACE TECHNOLOGY INC | 07 | EWING |
| 353 | OPERATIONAL PRODUCTS SUPPLY & SERVICES LLC | 07 | TOMS RIVER |
| 354 | SC ARMS LLC | 07 | SPOTSWOOD |
| 355 | RBA LLC | 08 | PARSIPPANY |
| 356 | TABCO TECHNOLOGIES LLC | 08 | CARLSTADT |
| 357 | ICONIC ARMS CORP | 08 | ENGLEWOOD CLIFFS |
| 358 | RSA ENTERPRISES INC | 08 | OCEAN |
| 359 | EAGLE IMPORTS INC | 08 | WANAMASSA |
| 360 | LIGHTFIELD AMMUNITION CORPORATION | 08 | EAST FREEHOLD |
| 361 | GRIFFIN & HOWE INC | 08 | ANDOVER |
| 362 | SPECIALTY AMERICAN WEAPONS LLC | 08 | OXFORD |
| 363 | INTERNATIONAL MILITARY ANTIQUES INC | 08 | GILLETTE |
| 364 | ESQUIRE ESTATE FIREARMS & COLLECTIBLES LLC | 08 | SEWELL |
| 365 | NEWCOMER ARMS LLC | 08 | PHILLIPSBURG |
| 366 | ULTIMATE TRAINING MUNITIONS INC | 08 | NORTH BRANCH |
| 367 | ITS ENTERPRISE CORP | 09 | MOONACHIE |
| 368 | LIGHTFIELD LLR CORP | 10 | FREEHOLD |
| 369 | SABRE GLOBAL SERVICES LLC | 10 | WHARTON |
| 370 | SABRE GLOBAL SERVICES LLC | 11 | WHARTON |

List of New Jersey Federal Firearms Licensees (FFLs)
December 2019

**Federal Firearms License (FFL) Types**

| Type | Description |
|---|---|
| 01 | Dealer in Firearms Other Than Destructive Devices (Includes Gunsmiths) |
| 02 | Pawnbroker in Firearms Other Than Destructive Devices |
| 03 | Collector of Curios and Relics |
| 06 | Manufacturer of Ammunition for Firearms |
| 07 | Manufacturer of Firearms Other Than Destructive Devices |
| 08 | Importer of Firearms Other Than Destructive Devices |
| 09 | Dealer in Destructive Devices |
| 10 | Manufacturer of Destructive Devices |
| 11 | Importer of Destructive Devices |