# EXHIBIT 20

# Business Exemptions for Coronavirus - Executive Order 7H

Overview (/DECD/Content/Coronavirus-for-Businesses/Coronavirus-for-Businesses)

Provided by:
**Connecticut Department of Economic and Community Development (/DECD)**

## Overview

Requests by businesses to be designated an essential function as described below, should ONLY be made if they are NOT covered by the following guidance.

On March 20, 2020, The Governor issued **Executive Order 7H**, directing all businesses and nonprofit entities in the State of Connecticut to utilize, to the maximum extent possible, any telecommuting or work from home procedures that they can safely employ.  That order also directed that, no later than March 23, 2020 at 8 p.m., each non-essential business or nonprofit entity (and therefore not including or applicable to any state or local government agencies, quasi-public agencies, political subdivisions or other entities that do not constitute businesses or nonprofits) shall reduce the in-person workforce at each business location by 100% from pre-state of emergency declaration employment levels.  Executive Order 7H authorized the Commissioner of the Department of Economic and Community Development ("DECD") to provide legally binding guidance about which businesses are essential.  Pursuant to that directive, DECD hereby issues the following guidance concerning which businesses and nonprofit entities are "essential" for purposes of Executive Order 7H.

Nothing in this guidance shall be deemed to modify or supersede any current or future Executive Order that separately and specifically addresses a particular business or activity.  Specific businesses or activities separately addressed by other current or future Executive Orders issued pursuant to the current declared public health and civil preparedness emergency must comply with any such orders unless and until those orders are modified or terminated separately.

**THE ESSENTIAL BUSINESSES OR NONPROFITS DESIGNATED IN THIS GUIDANCE are not subject to the in-person restriction set forth in Executive Order 7H.**  With respect to non-essential businesses and nonprofits, this guidance applies to each business location individually and is intended to assist businesses in determining whether they are an essential business and the steps they may take to request that designation.

The guidelines set forth here apply to **places of business**. Non-essential businesses may continue

Case 2:20-cv-03269-SDW-LDW   Document 8-20   Filed 03/26/20   Page 3 of 7 PageID: 228

activities that are conducted off-site (e.g. a customer's home) and/or by telecommuting or working from home.

Pursuant to the Governor's Executive Order 7J, issued on March 22, 2020, 1) non-essential retailers may be staffed on-site, provided that they may **only** offer remote ordering (e.g. phone, internet, mail, dropbox) and curb-side pick-up or delivery and 2) non-essential businesses and nonprofits to allow staff or third parties on site to the minimum extent necessary to provide security, maintenance and receipt of mail and packages. This includes, but is not limited to, auto, boat, bicycle, recreational vehicle, and all other vehicle sales, if conducted remotely.

To the extent possible, employees of Essential Businesses whose duties are not critical to an Essential Business function described below should telecommute or utilize any work from home procedures available to them.

**For purposes of Executive Order 7H, "essential business," means:**

---

**1. Essential workers in the** <u>16 Critical Infrastructure Sectors (https://www.cisa.gov/critical-infrastructure-sectors)</u>**, as defined by the federal Department of Homeland Security unless otherwise addressed in a prior or future executive order pertaining to the existing declared public health and civil preparedness emergency.**

**2. Healthcare and related operations including:**
• biotechnology therapies
• consumer health products and services
• doctor and dentist offices
• elder care, including adult day care
• health care plans and health care data
• home health care workers or aides
• hospitals
• manufacturing, distributing, warehousing, and supplying of pharmaceuticals, including research and development
• medical marijuana dispensaries and producers
• medical supplies and equipment providers, including devices, diagnostics, services, and any other healthcare related supplies or services
• medical wholesale and distribution
• nursing homes, or residential health care facilities or congregate care facilities
• pharmacies
• physical therapy and chiropractic offices
• research and laboratory services, including testing and treatment of COVID-19

• veterinary and animal health services
• walk-in-care health facilities

**3. Infrastructure including:**
• airports/airlines
• commercial trucking
• dam maintenance and support
• education-related functions at the primary, secondary, or higher education level to provide support for students, including distribution of meals or faculty conducting e-learning
• hotels and other places of accommodation
• water and wastewater operations, systems, and businesses
• telecommunications and data centers
• transportation infrastructure including bus, rail, for-hire vehicles and vehicle rentals, and garages
• utilities including power generation, fuel supply, and transmission

**4. All manufacturing and corresponding supply chains, including aerospace, agriculture, and related support businesses**

**5. Retail including:**
• appliances, electronics, computers, and telecom equipment
• big-box stores or wholesale clubs, provided they also sell groceries, consumer health products, or operate a pharmacy
• convenience stores
• gas stations
• grocery stores including all food and beverage retailers
• guns and ammunition
• hardware, paint, and building material stores, including home appliance sales/repair
• liquor/package stores and manufacturer permittees
• pharmacies
• pet and pet supply stores

**6. Food and agriculture, including:**
• farms and farmer's markets
• food manufacturing, processing, storage, and distribution facilities
• nurseries, garden centers, and agriculture supply stores
• restaurants/bars (provided compliance with all applicable executive orders is maintained)

**7. Services including:**
• accounting and payroll services

Case 2:20-cv-03269-SDW-LDW   Document 8-20   Filed 03/26/20   Page 5 of 7 PageID: 230

• animal shelters or animal care or management, including boarding, grooming, pet walking and pet sitting
• auto supply, repair, towing, and service, including roadside assistance
• bicycle repair and service
• building cleaning and maintenance
• child care services
• critical operations support for financial institutions
• financial advisors
• financial institutions, including banks, credit unions, and check cashing services
• funeral homes, crematoriums, and cemeteries
• insurance companies
• laundromats/dry cleaning
• legal and accounting services
• mail and shipping services
• marinas and marine repair and service
• news and media
• real estate transactions and related services, including residential leasing and renting
• religious services (subject to **Executive Order 7D**      limiting gatherings to 50 people)
• storage for Essential Businesses
• trash and recycling collection, hauling, and processing
• warehouse/distribution, shipping, and fulfillment

**8. Providers of basic necessities to economically disadvantaged populations including:**
• food banks
• homeless shelters and congregate care facilities
• human services providers whose function includes the direct care of patients in state-licensed or funded voluntary programs; the care, protection, custody and oversight of individuals both in the community and in state-licensed residential facilities; those operating community shelters and other critical human services agencies providing direct care or support social service agencies

**9. Construction including:**
• all skilled trades such as electricians, HVAC, and plumbers
• general construction, both commercial and residential
• other related construction firms and professionals for essential infrastructure or for emergency repair and safety purposes
• planning, engineering, design, bridge inspection, and other construction support activities

**10. Services necessary to maintain the safety, sanitation and essential operations of all residences and other buildings (including services necessary to secure and maintain non-essential workplaces):**

• building cleaners or janitors
• building code enforcement
• disinfection
• doormen
• emergency management and response
• fire prevention and response
• general maintenance whether employed by the entity directly or a vendor
• home-related services, including real estate transactions, closings, appraisals, and moving services
• landscaping services
• law enforcement
• outdoor maintenance, including pool service
• pest control services
• security and maintenance, including steps reasonably necessary to secure and maintain non-essential businesses
• state marshals

**11. Vendors that provide essential services or products, including logistics and technology support, child care, and services needed to ensure the continuing operation of government agencies and provide for the health, safety and welfare of the public including:**
• billboard leasing and maintenance
• child care services
• essential government services
• government owned or leased buildings
• information technology and information security
• logistics
• technology support

**12. Defense**
• defense and national security-related business and operations supporting the U.S. Government or a contractor to the US government

If the function of your business is not listed above, but you believe that it is essential or it is an entity providing essential services or functions, you may request designation as an Essential Business.

Requests by businesses to be designated an essential function as described above, should ONLY be made if they are NOT covered by the guidance.

**To request designation as an Essential Business, please click here. (/DECD/Content/Coronavirus-for-Businesses/Essential-Business-Designation-Form)**

**Restrictions on requesting designation as an Essential Business:**

• Any business that only has a single occupant/employee (e.g. attendant) is deemed exempt and need not submit a request to be designated as an Essential Business.

**If you have further questions not answered above, please submit them to DECD at** [decd.covid19@ct.gov (mailto:decd.covid19@ct.gov)](mailto:decd.covid19@ct.gov)**.**