# EXHIBIT 22



# OFFICE *of the* GOVERNOR
## JOHN BEL EDWARDS

# COVID-19 Statewide Stay at Home Order

## Additional Illustrative Examples of Critical Infrastructure Businesses Consistent with Cyber and Infrastructure Security Agency Guidance
*Updated: Sunday, March 22*

On Sunday, March 22, Gov. Edwards issued a Stay at Home order, which puts some limits on business operating in Louisiana as the Governor seeks to reduce the spread of COVID-19 in the state and flatten the curve. For the purposes of this Stay at Home order, Proclamation Number 33 JBE 2020, businesses consistent with guidance from the Cyber and Infrastructure Security Agency (CISA) may remain open and individuals may leave their residence to perform any work necessary to provision, operate, and maintain these businesses.

The following business categories are consistent with the CISA guidance:

**Essential Infrastructure.** This includes, but is not limited:

- Food production, distribution, and sale
- Construction, including, but not limited to, construction required in response to this public health emergency, hospital construction, construction of long-term care facilities, public works construction, and housing construction
- Construction Engineers
- Building management and maintenance
- Airport operations
- Operation and maintenance of utilities, including water, sewer, and gas
- Electrical, including power generation, distribution, and production of raw materials
- Distribution centers
- Oil and biofuel refining
- Roads, highways, railroads, and public transportation
- Ports
- Cybersecurity operations
- Flood control
- Solid waste and recycling collection and removal
- Internet, video, and telecommunications systems (including the provision of essential global, national, and local infrastructure for computing services, business infrastructure, communications, and web-based services)

**Organizations that provide charitable and social services**. Businesses and religious and secular nonprofit organizations, including food banks, when providing food, shelter, and social services, and other necessities of life for economically disadvantaged or otherwise needy individuals, individuals who need assistance as a result of this emergency, and people with disabilities.

**Hardware and supply stores**. Hardware stores and businesses that sell electrical, plumbing, and heating material.

**Critical trades.** Building and Construction Tradesmen and Tradeswomen, and other trades including but not limited to:

- Plumbers
- Electricians
- Exterminators
- Cleaning and janitorial staff for commercial and governmental properties
- Security staff
- Operating engineers
- HVAC
- Painting
- Moving and relocation services

**Supplies for Essential Businesses and Operations**. Businesses that sell, manufacture, or supply other Essential Businesses and Operations with the support or materials necessary to operate, including:

- Computers
- Audio and video electronics
- Household appliances
- IT and telecommunication equipment
- Hardware
- Paint
- Flat glass
- Electrical, plumbing and heating material
- Sanitation equipment
- Personal hygiene products
- Food, food additives, ingredients and components
- Medical and orthopedic equipment
- Optics and photography equipment
- Diagnostics, food and beverages, chemicals, soaps and detergent
- Firearm and ammunition suppliers and retailers for purposes of safety and security

**Residential facilities and shelters**. Residential facilities and shelters for adults, seniors, children, and/or people with developmental disabilities, intellectual disabilities, substance use disorders, and/or mental illness, and domestic abuse shelters.

**Manufacture, distribution, and supply chain for critical products and industries**. Manufacturing companies, distributors, and supply chain companies producing and supplying essential products and services in and for industries such as:

- Pharmaceutical
- Technology
- Biotechnology
- Healthcare
- Chemicals
- Sanitization
- Waste pickup and disposal
- Agriculture
- Food and beverage
- Transportation
- Energy
- Steel and steel products
- Petroleum and fuel
- Mining
- Construction
- National defense
- Communications
- Other products used by other Essential Businesses and Operations.

**Hotels and motels**. Hotels and motels, to the extent used for lodging and delivery or carry-out food services.