# EXHIBIT 25

# Permanent Brady State Lists

## States in which the FBI Conducts NICS Checks for All Firearms Transactions

| | | |
|---|---|---|
| Alabama | Alaska | American Samoa |
| Arizona | Arkansas | Delaware |
| D.C. | Georgia | Idaho |
| Indiana | Kansas | Kentucky |
| Louisiana | Maine | Massachusetts |
| Minnesota | Mississippi | Missouri |
| Montana | New Mexico | New York |
| North Dakota | N. Mariana Islands | Ohio |
| Oklahoma | Puerto Rico | Rhode Island |
| South Carolina | South Dakota | Texas |
| Vermont | West Virginia | Wyoming |

## States that Act as the Point of Contact (POC) for All Firearms Transactions

| | | |
|---|---|---|
| California | Colorado | Connecticut |
| Hawaii | Illinois | Nevada |
| New Jersey | Oregon | Pennsylvania |
| Tennessee | Utah | Virginia |

## States that Act as a Partial Point of Contact (POC) for NICS Checks

Florida

*Florida Dept. of Law Enforcement for all firearms, except licensees may contact the FBI for certain pawn transactions*

Iowa

*Permit POC for handguns*
*FBI – long guns*

Maryland

New Hampshire

*New Hampshire Department of Safety for handguns*
*FBI – long guns*

North Carolina

*Permit POC for handguns*
*FBI – long guns*

Washington

*Maryland State Police – handguns and assault weapons*
*FBI – long guns and pawn redemptions*

Michigan

*Permit POC for handguns*
*FBI – long guns*

Nebraska

*Permit POC for handguns*
*FBI – long guns*

*Chief law enforcement officer for handguns without CPL*
*FBI - for handguns with CPL*
*FBI – long guns*

Wisconsin

*Department of Justice for handguns*
*FBI – long guns*

*Last Reviewed February 28, 2019*