LAW OFFICES

# HARTMAN & WINNICKI, P.C.

Dariusz M. Winnicki *°
Richard L. Ravin *°□
Daniel L. Schmutter*
Andrew T. Wolfe*
Paul F. Campano ◊

_____

* New York and New Jersey Bars
* Florida Bar
□ Washington, D.C. Bar
◊ New Jersey Bar

74 PASSAIC STREET
RIDGEWOOD, NEW JERSEY 07450

* * *

WEBSITE
www.hartmanwinnicki.com

Phone: (201) 967-8040
Fax:    (201) 967-0590

_____

Porter E. Hartman (1920-2009)
Charles R. Buhrman (1938-1994)
William T. Marsden (1943-1993)
Cyrus D. Samuelson (1911-1998)

March 27, 2020

**VIA ECF**
Hon. Leda D. Wettre, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:    **Association of New Jersey Rifle & Pistol Club, Inc.. v. Murphy**
       **Case No.: 20-cv-3269-SDW-LDW**

Dear Judge Wettre:

We represent Plaintiffs in the above referenced matter. Attached please find the Declaration of Daniel L. Schmutter with attached certifications and a proposed form of order for the admission pro hac vice of David H. Thompson and Peter A. Patterson of the District of Columbia law firm Cooper & Kirk PLLC on behalf of Plaintiffs. All counsel have consented.

Thank you for your attention in this regard.

Respectfully submitted,

s/ Daniel L. Schmutter_____
DANIEL L. SCHMUTTER

DLS/srs
cc:    Stuart Feinblatt (via ECF)
       Joseph Fanaroff (via ECF)
       Bryan Lucas (via ECF)
       David H. Thompson
       Peter A. Patterson