Daniel L. Schmutter
**HARTMAN & WINNICKI, P.C.**
74 Passaic Street
Ridgewood, NJ 07450
(201) 967-8040
(201) 967-0590 (fax)
dschmutter@hartmanwinnicki.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., *et al.*, | HON. SUSAN D. WIGENTON, U.S.D.J. |
| *Plaintiffs*, | HON. LEDA D. WETTRE, U.S.M.J. |
| v. | |
| PHILIP D. MURPHY, in his official capacity as Governor of New Jersey, *et al.*, | CIVIL ACTION NO. 20-cv-3269 |
| | **CIVIL ACTION** |
| *Defendants*. | **(ELECTRONICALLY FILED)** |
| | ~~**[PROPOSED]**~~ **ORDER GRANTING PRO HAC VICE ADMISSION** |

This matter has been brought before the Court on an application for an Order allowing David H. Thompson, Esq. and Peter A. Patterson, Esq., to appear and participate *pro hac vice;* the Court having considered the moving papers, and this matter being considered without oral

argument pursuant to L. Civ. R. 78.1(b), and all counsel having consented to the admission *pro hac vice*; and for good cause shown;

IT IS on this __30th__ day of March, 2020 ORDERED as follows:

1. The application to appear *pro hac vice* is granted;

2. The abovementioned attorneys are permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c);

3. All pleadings, briefs, and other papers filed with the Court shall be signed by an attorney duly admitted to the Bar of this Court who shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby;

4. The abovementioned attorneys shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order;

5. The abovementioned attorneys shall each make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), within twenty (20) days from the date of the entry of this Order;

6. The abovementioned attorneys shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility,* and L. Civ. R. 104.1, *Discipline of Attorneys;*

7. The abovementioned attorneys shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended;

8. The abovementioned attorneys may each file a request, the form for which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

_____
HON. LEDA D. WETTRE, U.S.M.J.