Daniel L. Schmutter
**HARTMAN & WINNICKI, P.C.**
74 Passaic Street
Ridgewood, NJ 07450
(201) 967-8040
(201) 967-0590 (fax)
dschmutter@hartmanwinnicki.com

David H. Thompson*
Peter A. Patterson*
**COOPER & KIRK, PLLC**
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
*Appearing pro hac vice
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> PHILIP D. MURPHY, in his official capacity as Governor of New Jersey, *et al.*, <br><br> *Defendants*. | HON. SUSAN D. WIGENTON, U.S.D.J. <br><br> HON. LEDA D. WETTRE, U.S.M.J. <br><br> CIVIL ACTION NO. 20-cv-3269 <br><br> **<u>CIVIL ACTION</u>** <br><br> **(ELECTRONICALLY FILED)** |

**CONSENT ORDER**

THIS MATTER having been opened to the Court upon the application of Hartman & Winnicki, P.C., attorneys for Plaintiffs, for a temporary restraining order and/or preliminary injunction pursuant to F<small>ED</small>. R. C<small>IV</small>. P. 65 and L. Civ. R. 65.1 enjoining Defendants' enforcement of Executive Order 107 against firearm retailers

and Defendants' closure of the NICS background-check portal in New Jersey; Plaintiffs having informed the Court that they are withdrawing their request for a temporary restraining order and all parties having consented to the form of the within order; and for good cause shown;

IT IS on this ____ day of _____, 2020, **ORDERED AS FOLLOWS**:

1.  Plaintiffs' request for a temporary restraining order is withdrawn without prejudice and therefore is no longer before the Court;

2.  Plaintiffs' motion for a preliminary injunction remains pending but with no briefing schedule entered at this time.

_____
Hon. Susan D. Wigenton, U.S.D.J.