LAW OFFICES

# HARTMAN & WINNICKI, P.C.

Dariusz M. Winnicki *°
Richard L. Ravin *°□
Daniel L. Schmutter*
Andrew T. Wolfe*

_____

\* New York and New Jersey Bars
° Florida Bar
□ Washington, D.C. Bar
◊ New Jersey Bar

74 PASSAIC STREET
RIDGEWOOD, NEW JERSEY 07450

\* \* \*

WEBSITE
www.hartmanwinnicki.com

Phone: (201) 967-8040
Fax:   (201) 967-0590

_____

Porter E. Hartman (1920-2009)
Charles R. Buhrman (1938-1994)
William T. Marsden (1943-1993)
Cyrus D. Samuelson (1911-1998)

April 6, 2020

**VIA ECF**
Hon. Leda D. Wettre, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> **Re:** **Association of New Jersey Rifle & Pistol Club, Inc.. v. Murphy**
> **Case No.: 20-cv-3269-SDW-LDW**

Dear Judge Wettre:

We represent Plaintiffs in the above referenced matter.

We write in response to the Court's recommendation that this case be administratively removed from the active calendar subject to reinstatement at Plaintiffs' request.

As the Court is aware, this issue arises because certain actions by Defendants in response to the lawsuit have resulted in the assertion by Defendants that the case is now moot. Plaintiffs dispute that assertion.

However, in light of the current emergency conditions, Plaintiffs recognize the particular importance of preserving judicial resources, and therefore Plaintiffs consent to the administrative removal of the case from the active calendar, on the understanding that the removal will be subject to the terms and conditions stated in this letter.

Based on the parties' conference call with the Court, we understand that the Order will reflect that no threshold showing or formal application will be required to reinstate the case and that the Court will reinstate the case to the active calendar upon a simple request from Plaintiffs, including by email.

We thank the Court for its assistance in this regard.

Respectfully submitted,

s/ Daniel L. Schmutter
DANIEL L. SCHMUTTER

DLS/srs
cc:   Stuart Feinblatt (via ECF)
      Joseph Fanaroff (via ECF)
      Bryan Lucas (via ECF)
      David H. Thompson
      Peter A. Patterson