# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., JEFFREY KAYDEN, and BOB'S LITTLE SPORT SHOP, INC.,<br><br>    Plaintiffs,<br>v.<br><br>PHILIP D. MURPHY, in his official capacity as the Governor of New Jersey, GURBIR S. GREWAL, in his official capacity as Attorney General of New Jersey, and PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police and as State Director of Emergency Management,<br><br>    Defendants. | Civil Action No.<br><br>20-3269 (SDW) (LDW)<br><br><br>**ORDER ADMINISTRATIVELY TERMINATING ACTION** |

**THIS MATTER** having come before the Court by way of an April 3, 2020 telephonic conference, and all parties having consented to administrative termination of this matter, and for good cause shown,

**IT IS,** on this 6th day of April, 2020, **ORDERED** that this action is **ADMINISTRATIVELY TERMINATED**, without prejudice to any party's right to make a letter request to restore this matter to the active docket at the appropriate time.

_____*s/ Leda Dunn Wettre*_____
Hon. Leda Dunn Wettre
United States Magistrate Judge

cc:  Hon. Susan Davis Wigenton, U.S.D.J.